

Frank TORRES, Appellant,

v.

Richard TORRES, Appellee.

No. 4D15–3674.

District Court of Appeal of Florida,
Fourth District.

Nov. 23, 2016.

Frank Torres, Davie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So.2d 1150 (Fla. 1979).

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

ON CONFESSION OF ERROR

PER CURIAM.

On appeal, appellant argues that the trial court erred in denying his motion for judgment of dismissal. Appellee confesses error, and does not oppose reversal of the judgment and disposition. After reviewing the record, we agree that the trial court erred, and reverse appellant's judgment and disposition and remand for the trial court to enter an order granting appellant's motion for judgment of dismissal.

*Reversed and remanded.*

MAY, DAMOORGIAN and CONNER, JJ., concur.